JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| Teresa Ferretti, | Case No. 2:19-cv-05712-MWF-JC |
| Plaintiff, | **Order Granting Stipulation of Dismissal of Action without Prejudice** |
| v. | |
| Barclays Bank Delaware, | |
| Defendant. | |

Based upon the Parties' Stipulation for Dismissal, and good cause, this Court hereby orders this action to be, and is, dismissed without prejudice. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 1, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE